W. Howard Bronsdon, respondent,

*v.*

William F. Shupe, appellant.

[Decided February 1st, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *98 N. J. Eq. 67.*

*Mr. Lichtenstein & Lichtenstein,* for the respondent.

*Mr. Harry Augenblick,* for the appellant.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—The Chief-Justice, Trenchard, Parker, Minturn, Kalisch, Black, Katzenbach, Campbell, Lloyd, White, Gardner, Van Buskirk, McGlennon, Kays, Hetfield, JJ.  15.

*For reversal*—None.